# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VITO BRUNO a/k/a JOHN SIPES,

    *Petitioner*,

vs.

BILL DONAT, *et al.*,

    *Respondents*.

3:09-cv-00165-RCJ-VPC

ORDER

    Following upon petitioner's motion (#29) for partial dismissal, which seeks dismissal of the claim that the Court held is unexhausted in this habeas matter,

    IT IS ORDERED that petitioner's motion (#29) for partial dismissal is GRANTED and that Ground 6(H) is DISMISSED without prejudice.

    IT FURTHER IS ORDERED, taking into account the number of claims remaining, that respondents shall have sixty (60) days from entry of this order within which to file an answer to the remaining claims, and that petitioner thereafter shall have sixty (60) days from service of the answer within which to mail a reply to the Clerk of Court for filing.

    DATED: March 18, 2011

                                        _____
                                        ROBERT C. JONES
                                        United States District Judge