1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VITO BRUNO a/k/a JOHN SIPES,

    *Petitioner*,

vs.

BILL DONAT, *et al.*

    *Respondents.*

3:09-cv-00165-RCJ-VPC

ORDER

    Respondents' motions (## 32 & 33) for enlargement of time are GRANTED *nunc pro tunc*, and the time for respondents to answer the petition is extended up to and including July 20, 2011.

DATED: This 5th day of July, 2011.

_____
ROBERT C. JONES
Chief United States District Judge